UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 19-80037-CR-DIMITROULEAS

    Plaintiff,

vs.

ERIC KLAUSMEYER,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's December 11, 2019 Unopposed Motion to Discharge Bond and Return Bond Premium. [DE-59]. The motion [DE-59] is Granted. The sureties are Discharged. The $25,000 bond premium, plus interest, shall be refunded to The Trust Account of the Law Offices of Howard J. Schumacher, P.A., to be distributed half to Margaret Gail Anderson and half to Emil E. Klausmeyer, Jr. and Helene Ellen Berman.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of December, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Clerk of Court